## RE: Dougall-- Evid. R. 408 communications [IWOV-LEGAL.FID5061581]

## Todd Marti <todd.marti@ohioattorneygeneral.gov>

Wed 2/17/2021 12:31 PM

**To:** dan gethelpohio.com <dan@gethelpohio.com>

Thanks, but ODE's decision is final

> Todd R. Marti
> Principal Assistant Attorney General, Education Section
> Office of Ohio Attorney General Dave Yost
> Office number: 614-644-7250
> Fax number: 866-524-1226
> todd.marti@OhioAttorneyGeneral.gov
>
> Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

---

**From:** dan gethelpohio.com <dan@gethelpohio.com>
**Sent:** Wednesday, February 17, 2021 11:57 AM
**To:** Todd Marti <todd.marti@ohioattorneygeneral.gov>
**Subject:** Re: Dougall-- Evid. R. 408 communications [IWOV-LEGAL.FID5061581]

Todd,

Thank you for the email and extension. Honestly, I am a bit surprised as there was no expiration date given to the offer and the last email from you states it was still on the table. As included below. Contract law dictates the offer was accepted prior to recission and therefore is a valid agreement.

 Should your client reconsider, please contact me by February 19th 2021.

Sincerely,

Daniel Bache

---

**From:** Todd Marti <todd.marti@ohioattorneygeneral.gov>
**Sent:** Wednesday, February 17, 2021 9:37 AM
**To:** dan gethelpohio.com <dan@gethelpohio.com>
**Cc:** Dougall_ Paul_ et al_ v_ Copley_Fairlawn City SD_ et al_ _ODE_ _6300_4428_ E_mail _6300_4428_ <{F5061581}.LEGAL@AGOMNGCOM04.ag.state.oh.us>
**Subject:** RE: Dougall-- Evid. R. 408 communications [IWOV-LEGAL.FID5061581]

And to be clear, this email confirms the extension of time to respond to ODE's discovery requests and motion that we discussed yesterday. ODE agrees to a one day extension; the day that it took to relay your inquiry to ODE and ODE's response to you.

> Todd R. Marti
> Principal Assistant Attorney General, Education Section

Office of Ohio Attorney General Dave Yost
Office number: 614-644-7250
Fax number: 866-524-1226
todd.marti@OhioAttorneyGeneral.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

---

**From:** Todd Marti
**Sent:** Wednesday, February 17, 2021 9:35 AM
**To:** 'dan gethelpohio.com' <dan@gethelpohio.com>
**Cc:** Dougall_ Paul_ et al_ v_ Copley_Fairlawn City SD_ et al_ _ODE_ _6300_4428_ E_mail _6300_4428_ <{F5061581}.LEGAL@AGOMNGCOM04.ag.state.oh.us>
**Subject:** RE: Dougall-- Evid. R. 408 communications [IWOV-LEGAL.FID5061581]

Good Morning Dan,

ODE is no longer interested in settlement.

Thank you.

Todd R. Marti
Principal Assistant Attorney General, Education Section
Office of Ohio Attorney General Dave Yost
Office number: 614-644-7250
Fax number: 866-524-1226
todd.marti@OhioAttorneyGeneral.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

---

**From:** dan gethelpohio.com <dan@gethelpohio.com>
**Sent:** Tuesday, February 16, 2021 3:37 PM
**To:** Todd Marti <todd.marti@ohioattorneygeneral.gov>
**Cc:** Dougall_ Paul_ et al_ v_ Copley_Fairlawn City SD_ et al_ _ODE_ _6300_4428_ E_mail _6300_4428_ <{F5061581}.LEGAL@AGOMNGCOM04.ag.state.oh.us>
**Subject:** Re: Dougall-- Evid. R. 408 communications [IWOV-LEGAL.FID5061581]

Todd,

Thank you for taking the time to speak with me. As discussed, my clients are accepting the offer indicated below. They are signing the document and will return it. As it needs all the signatures, I cannot have it to you today and am hopeful to have it by Thursday.

Sincerely,

Daniel Bache

---

**From:** Todd Marti <todd.marti@ohioattorneygeneral.gov>
**Sent:** Tuesday, January 19, 2021 2:47 PM
**To:** dan gethelpohio.com <dan@gethelpohio.com>
**Cc:** Dougall_ Paul_ et al_ v_ Copley_Fairlawn City SD_ et al_ _ODE_ _6300_4428_ E_mail _6300_4428_ <{F5061581}.LEGAL@AGOMNGCOM04.ag.state.oh.us>
**Subject:** RE: Dougall-- Evid. R. 408 communications [IWOV-LEGAL.FID5061581]

Good Afternoon Dan

ODE is no longer interested in negotiating. Our last offer (the draft I sent at 2:17 on Friday) at is still on the table, but that's as far as ODE is willing to go.

ODE has therefore shifted to the litigation mode. Please consider the clock to have been restarted, as of today, on the discovery requests sent on December 8, 2020. By my calculation responses will be due February 18, 2021.

> Todd R. Marti
> Principal Assistant Attorney General, Education Section
> Office of Ohio Attorney General Dave Yost
> Office number: 614-644-7250
> Fax number: 866-524-1226
> todd.marti@OhioAttorneyGeneral.gov
>
> Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

---

**From:** dan@gethelpohio.com <dan@gethelpohio.com>
**Sent:** Friday, January 15, 2021 4:40 PM
**To:** Todd Marti <todd.marti@ohioattorneygeneral.gov>
**Subject:** RE: Dougall-- Evid. R. 408 communications
**Importance:** High

Todd,

Thank you for taking my call earlier, I apologize for any shortness, yet was frustrated the mediator relayed something to you that we had not proposed. That said, I'm asking for more time to work with you on this, however, I am sending over an agreement I have discussed with my clients.

I left the change we proposed unchanged as he mediator expressed something different to you. Please let me know your thoughts so we may convey them to the court.

Sincerely,

Daniel R. Bache
P.O. Box 5218
Fairlawn, OH 44334

2/19/2021
Case: 5:17-cv-01664-PAB Doc #: 90-6 Filed: 02/19/21 4 of 4. PageID #: 5804
Mail - dan@gethelpohio.com - Outlook

330.353.8529 office

Dan@GetHelpOhio.com

Confidentiality Notice: This e-mail message and any attached files are intended for the addressee and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or any employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please delete it from your system without copying or forwarding it and notify the sender of the error immediately by reply email or by calling (330) 353-8529. Thank you.

IRS CIRCULAR 230 DISCLOSURE: In compliance with the requirements imposed by the Internal Revenue Service, we inform you that any Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

-------- Original Message --------
Subject: Dougall-- Evid. R. 408 communications
From: Todd Marti <todd.marti@ohioattorneygeneral.gov>
Date: Fri, January 15, 2021 2:17 pm
To: "Daniel Bache (dan@gethelpohio.com)" <dan@gethelpohio.com>

Hi Dan,

Here is what we propose. It's track changed. Please let me know your thoughts. I'm at 614 306 1793.

Thx



Todd R. Marti
Principal Assistant Attorney General, Education Section
Office of Ohio Attorney General Dave Yost
Office number: 614-644-7250
Fax number: 866-524-1226
todd.marti@OhioAttorneyGeneral.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.