## Dougall-- Evid. R. 408 communications

## Todd Marti <todd.marti@ohioattorneygeneral.gov>

Fri 1/15/2021 2:17 PM

**To:** dan gethelpohio.com <dan@gethelpohio.com>

📎 1 attachments (27 KB)

Settlement K--2021-1-15.docx;

Hi Dan,

Here is what we propose. It's track changed.  Please let me know your thoughts. I'm at 614 306 1793.

Thx



Todd R. Marti

Principal Assistant Attorney General, Education Section

Office of Ohio Attorney General Dave Yost

Office number: 614-644-7250

Fax number: 866-524-1226

todd.marti@OhioAttorneyGeneral.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

**SETTLEMENT AGREEMENT**

Plaintiffs Paul Dougall, Jennifer Dougall, and Anna Dougall, (collectively "Plaintiffs") and Defendants Paulo DeMaria and the Ohio Department of Education (collectively "ODE"), in order to resolve Plaintiffs' claims against ODE in the case of *Dougall v. Copley-Fairlawn City School District Board of Education*, Case No. 5:17-cv-01664 (N.D. Ohio) ("The Case"), hereby agree that:

1. <u>Plaintiffs' Consideration</u>. Plaintiffs, in consideration for ODE's commitments in paragraph 2 below, hereby agree that they will dismiss with prejudice all claims against DeMaria and ODE that were or could have been asserted in The Case within seven days after the effective date this agreement.  Plaintiffs, and each of them, forever release DeMaria and ODE, and all of their officers, agents, employees, and representatives from any and all liability they may have to any or all of the Plaintiffs, including liability for damages, compensatory education, costs, attorney fees, and prospective relief.

2. <u>ODE's Consideration</u>. ODE, in consideration for Plaintiffs' undertakings made in paragraph 1 above, hereby agrees that:

    A. *Cost reduction*. ODE will add the following, or substantially similar, language to the next iteration of the *IHO/SLRO Manual* ("*IHO Manual*"):

    "Documents exchanged at the disclosure conference should normally be exchanged in electronic form, in PDF format. A party may be required to provide hard copies of documents upon a showing of good cause, made by the requesting party and accepted in advance of the disclosure conference by the IHO. Regardless of the form in which documents are exchanged before the hearing, IHOs have discretion to require hard copies for use as exhibits at the hearing."

    B. *Rules of evidence*. ODE will add the following, or substantially similar, language to the next iteration of the *IHO Manual*:

    "To the extent not controlled by the Individuals with Disabilities Education Act ("IDEA"), the federal regulations implementing the IDEA, R.C. Chapter 3323 , or Ohio Admin. Code Chapter 3301-51 evidentiary disputes arising in connection with the litigation of due process complaints should be resolved in accordance with the

1

principles controlling proceedings governed by R.C. Chapter 119, as summarized in the latest version of the Ohio Attorney General's *Administrative Law Handbook*."

C. *Training on relevant law*. ODE's annual training for hearing officers will include training on *Deal v. Hamilton Cty. Bd. of Edn.*, 392 F.3d 840 (6th Cir. 2004) and other relevant case law.

D. *Conflicts of interest*. ODE will add the following, or substantially similar, language to the next iteration of the *IHO Manual*:

"IHOs and SLROs are reminded that they are bound by the *Ohio Rules of Professional Conduct*, including the provisions addressing conflicts in interest, when considering whether they can accept assignments to preside over particular due process cases and while presiding over those cases."

ODE will periodically include presentations on the conflict of interest provisions of the *Ohio Rules of Professional Conduct* in its trainings for IHOs and SLROs.

E. *Hearing times/locations; accommodating pro se parties*. ODE will add the following, or substantially similar, language to the next iteration of the *IHO Manual*:

"IHOs should, to the fullest extent reasonably possible, take parents' concerns into account when setting the time and location of hearings. Hearings are not required to be held during normal business hours. Hearings may held via virtual platforms."

ODE will periodically include presentations on proceedings involving pro se parties in its trainings for IHOs and SLROs.

F. *Revisions to the IHO Manual*. ODE anticipates that it will issue the next iteration of the *IHO Manual* by the end of calendar year 2021. ODE will consider any other revisions to the *IHO Manual* that Plaintiffs suggest in preparing that iteration.

G. *State Advisory Panel for Exceptional Children*. ODE does not believe that it is required to obtain approval of the changes it has agreed to in this agreement from from the State Advisory Panel for Exceptional Children *("SAPEC")*, but cannot guarantee that. ODE's commitments in this agreement are therefore subject to possible override by SAPEC.

3. No admission of wrongdoing or liability. This agreement shall not be construed as an admission of liability or wrong doing by any party to it.

4. Execution in counterparts. This agreement may be executed in counterparts.

5.  <u>Effective date</u>.  This agreement becomes effective immediately upon the signature of the last party to sign it.
    Approved and Agreed to:


_____                    _____
Paul Dougall                                        Date Executed


_____                    _____
Jennifer Dougall                                    Date Executed


_____                    _____
Anna Dougall                                        Date Executed


_____                    _____
Paolo DeMaria                                       Date Executed


_____                    _____
The Ohio Department of                              Date Executed
Education

3